IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No. 11-cr-00243-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JOSE LUIS HERNANDEZ-MARTINEZ, and**
2. **JAVIER HERNANDEZ-MARTINEZ,**

    Defendants.
_____

## ORDER
_____

    Pursuant to the parties' joint telephone conference with chambers on Thursday, September 19, 2013, it is

    ORDERED that a three-day jury trial is set to commence on **Monday**, **November 18**, **2013**, **at 9:00 a.m. in Courtroom A-1002**. To ensure that all pre-trial phases of the case are complete before commencement of the jury trial, it is

    ORDERED that all pre-trial motions **shall be filed on or before Wednesday, October 16, 2013, and responses to these motions shall be filed on or before Monday, October 28, 2013**. It is

    FURTHER ORDERED that a Final Trial Preparation Conference is set for **Friday, November 1, 2013, at 10:00 a.m. in Courtroom A-1002**.

    Dated: September 19, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U. S. District Judge